# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

RECEIVED
DEC 9 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

November 22, 2013

George H.W. Bush and George W. Bush United States
Courthouse and George Mahon Federal Building
200 East Wall Street, Room 107
Midland TX 79701

Re:   USA v. Shawn R. Meek
      Charging District No. MO-13-CR-302(1) RAJ
      Arresting District No. 13-MJ-3657 KWR

Dear Clerk,

The above numbered case has been ordered removed to your district pursuant to Rule 5. The defendant appeared in our district, waived identity and was committed to your district for proceedings.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.nmd.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt on the enclosed copy of this letter and return to this office.

Sincerely,

MATTHEW J. DYKMAN, Clerk of Court

By: *Victoria Harvell*
Deputy Clerk

ACKNOWLEDGMENT OF RECEIPT:

Received by:_____ Date:_____

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ROSWELL, NEW MEXICO

NOV 22 2013

CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13MJ3657 |
| Shawn R. MEEK | ) | |
| | ) | Charging District's Case No.   MO-13-CR-302(1) RAJ |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Western District of Texas   .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☑   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   11/22/2013

x[signature]
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
HONORABLE KEA W. RIGGS

CLERK'S MINUTES

**CASE NUMBER:** 13MJ3657           **DATE:** 11/22/2013           **TAPE:** LCR-Roswell
                                    **COURT IN SESSION:**          11:21 a.m. to 11:26 a.m.
                                                                   (5 minutes)

**CLERK:** T Kyser                  **TYPE OF HEARING:**           Initial Presentment
                                                                   Identity Hearing
                                                                   Detention Hearing

**DEFENDANT(S):**                   **ATTORNEY(S):**
Shawn R. MEEK

Pre-trial/Probation Officer present: Kelly Logan
Interpreter:

\_\_\_\_\_ Agent sworn

X\_\_\_\_ Court questions Defendant regarding his/her physical and mental conditions, address, date of birth, education

X\_\_\_\_ Court advised defendant(s) of possible penalties

X\_\_\_\_ Court advises defendant(s) of all constitutional rights

X\_\_\_\_ Defendant(s) in custody pending hearing(s) indicated and set for: *WAIVED*
         in:    ( )Las Cruces              ( ) Albuquerque

X\_\_\_\_Detention Hearing

\_\_\_\_\_Preliminary Hearing

\_\_\_\_\_Show Cause Hearing

X\_\_\_\_\_Identity Hearing

\_\_\_\_\_Arraignment

\_\_\_\_\_ Conditions of Release set at:

X\_\_\_\_ Attorney appointed:

X\_\_\_\_ Other:          IDENTITY HEARING AND DETENTION HEARING WAIVED.

AO 94 (Rev. 06/09) Commitment to Another District

**FILED**
UNITED STATES DISTRICT COURT
ROSWELL, NEW MEXICO

NOV 22 2013

CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  13MJ3657 |
| Shawn R. MEEK | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No.  MO-13-CR-302(1)RAJ |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Western___ District of ___Texas___,
*(if applicable)* ___Midland___ division. The defendant may need an interpreter for this language: _____

The defendant:   ☐ will retain an attorney.
                 ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___11/22/2013___

_____
*Judge's signature*

KEA W. RIGGS, U.S. MAGISTRATE JUDGE
*Printed name and title*

# U.S. District Court
## District of New Mexico - Version 6.0 (Roswell)
### CRIMINAL DOCKET FOR CASE #: 5:13-mj-03657-KWR-1

Case title: USA v. Meek  
Other court case number: MO-13-CR-302(1RAJ) Western District of Texas - Midland

Date Filed: 11/22/2013  
Date Terminated: 11/22/2013

Assigned to: Magistrate Judge Kea W. Riggs

**Defendant (1)**

**Shawn R. Meek**
*TERMINATED: 11/22/2013*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2422(b) Coercion and Enticement of a Minor to Engage in Sexual Activity | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2013 |   | Arrest (Rule 5) of Shawn R. Meek (vh) (Entered: 11/22/2013) |
| 11/22/2013 | 1 | Rule 5 Documents Received as to Shawn R. Meek (vh) (Entered: 11/22/2013) |
| 11/22/2013 | 2 | Clerk's Minutes for proceedings held before Magistrate Judge Kea W. Riggs: Initial Appearance/Identity Hearing/Detention Hearing in Rule 5 Proceedings as to Shawn R. Meek held on 11/22/2013 (Tape #:LCR Roswell) (vh) (Entered: 11/22/2013) |
| 11/22/2013 | 3 | WAIVER of Rule 5 Hearings by Shawn R. Meek (vh) (Entered: 11/22/2013) |
| 11/22/2013 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Shawn R. Meek committed to the Western District of Texas, Midland, by Magistrate Judge Kea W. Riggs (vh) (Entered: 11/22/2013) |
| 11/22/2013 | 5 | Rule 5 Letter as to Shawn R. Meek (vh) (Entered: 11/22/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/09/2013 14:58:08 | | | |
| PACER Login: | us4061 | Client Code: |   |
| Description: | Docket Report | Search Criteria: | 5:13-mj-03657-KWR |
| Billable Pages: | 1 | Cost: | 0.10 |